**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00069-CR

**ALAN CHRISTOPHER NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-8017191**

## ORDER

The Court has before it appellant's motion to consolidate this appeal with the appeal in cause no. 05-12-00301-CR, styled *Scott A. Cooksey v. The State of Texas*. *Cooksey* was submitted on February 19, 2013. The above appeal is not ready for submission as neither the clerk's record nor the parties' briefs has been filed. Moreover, the appeals involve different appellants and orders. Accordingly, we **DENY** appellant's motion to consolidate the appeals.

We note this appeal was designated a civil appeal, but involves the appeal from a proceeding under article 42.12, section 20(a) of the Texas Code of Criminal Procedure. Therefore, we **DIRECT** the Clerk of this Court to redesignate this appeal as a criminal appeal.

The clerk's record is overdue. On February 18, 2013, we received a letter from the Collin County District Clerk stating that appellant, who is represented by retained counsel, has

not paid for the record.  Accordingly, we **ORDER** the Collin County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for the record.  *We notify appellant that if we receive verification of non-payment, we will, without further notice, dismiss the appeal*.  *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Collin County District Clerk and to counsel for all parties.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE